UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO. 08-cr-0005 CMK

      vs.                                           ORDER TO PAY

    TRAVIS MILO TEMPLE

The Defendant, having been found guilty of Count 1, after entry of guilty pleas thereto, is

ORDERED TO PAY THE FOLLOWING:

Count I        Fine: $475.00              Assessment: $25.00

(X)   FINE TOTAL of $500.00 paid in court.  Payment to be forwarded by the courtroom clerk to the U.S. District Court, 501 I Street, Sacramento, CA 95814.

Counts 2 through 7 are dismissed on motion of government.

(X)   RESTITUTION of $424.24 to be paid to the Bureau of Land Management.

(X)   PROBATION to be unsupervised for a period of thirty days.  Defendant to complete work on removing water line ditches from public lands.

DATED:  January 16, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE